No. 385, Misc. WARTSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold* for the United States. 

No. 386, Misc. COLEMAN *v.* SALISBURY, CORRECTIONAL SUPERINTENDENT. C. A. 6th Cir. Certiorari denied.

No. 392, Misc. MINK *v.* UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN ET AL. C. A. 6th Cir. Certiorari denied.

No. 394, Misc. WEBSTER *v.* COX, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 395, Misc. GILREATH *v.* EYMAN, WARDEN. C. A. 9th Cir. Certiorari denied. 

No. 397, Misc. LAWRENCE *v.* CALIFORNIA. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 399, Misc. WELCH *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. *Richard W. Ervin III* for petitioner.

No. 403, Misc. PADGITT *v.* CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. 

No. 404, Misc. THOMAS *v.* CALIFORNIA. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 407, Misc. MASON *v.* FLORIDA. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.